IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CLENNY TERRL DAVIS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                         CASE NO. 1D15-2581

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed October 9, 2015.

An appeal from an order of the Circuit Court for Okaloosa County.
Michael Flowers, Judge.

Clenny Terrl Davis, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Charles R. McCoy, Senior Assistant
Attorney General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

WETHERELL, ROWE, and RAY, JJ., CONCUR.